Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Portia Mason*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE FLAME BROILER, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-04126-ODW-MAR<br><br>Honorable Judge Otis D. Wright<br>Courtroom 5D, 5th Floor<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: June 15, 2022<br>Trial Date:     None Set |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Portia
2  Mason requests that this Court enter a dismissal with prejudice as to Plaintiff's
3  individual claims and without prejudice as to the claims of absent putative class
4  members in the above-entitled action. Each party shall bear his or its own fees and
5  costs.

7  Dated: November 21, 2022                    **WILSHIRE LAW FIRM, PLC**

   /s/ Binyamin I. Manoucheri
   _____
   Thiago M. Coelho
   Binyamin I. Manoucheri
   *Attorneys for Plaintiff and*
   *Proposed Class*